NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ABBOTT DIABETES CARE INC.

---

2011-1516, -1517
(Reexamination Nos. 90/007,903, 90/007,910)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Abbott Diabetes Care Inc moves without opposition to consolidate these two cases for briefing and oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

OCT 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gregory A. Castanias, Esq.
    Raymond T. Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 7 2011

JAN HORBALY
CLERK